11-10-19

Darrell W. Jenkins          **19cv10586**
    v.
United States of America, Federal Bureau of Prisons (FBOP), Warden Blankensee (Former), Asst. Warden Maldonado (Former), Acting Warden + Asst. Warden LaMaster, HSA Bryan Walls, AHSA Dees, AHSA Grove, PA Jayne Vander Hey-Wright, MD, Alfonso Linley.

I'm filing this civil rights claim pursuant to Bivens v Six Unknown Named Agents of the Federal Bureau of Narcotics (403 US 388, 91 S.Ct. 1999), (29 LED 2d 619 (1971) against the named Staff from FCI-Otisville who denied me constitutionaly in adequate medical care in volation of my 8th Amendment right while I was incarcerated at FCI Otisville.

## Facts

I arrived at FCI-Otisville on June 21, 2016, at the time of my arrivel, I was in a Cam-Boot from stress fractures to my left foot. I was seen upon arrival by medical staff were I informed them of the fractures

and the Fact. That I had been seen by an Orthopedic Doctor from West Virgina (Kimberly Rudolph). Two weeks latter I was seen by a Staff doctor who ordered X-rays. Which showed Fractures of the 3rd, 4th and 5th Metitarsal. I was continued in the Cam-boot and given Tylonal and Ibuprofin for pain. I was also scheduled to see a poditrist who recomended I come out of the Camboot. For the next 3 months I continued to go to medical with the same complaint. And for 3 months nothing was done. On my last day of the 3 months I asked for a wheelchair. I could hardley walk. I was told I could use it for 1 day but I had to bring it back. Ive been in It ever since.

So because nothing was happening I sent a request to get copies of my medical records. I found a paper from Kimberly Rudolph who mentions a disease called "Charcot Marie Tooth Disease" I had never heard this before and never knew such disease existed, so I started asking questions about it. At first I was getting zero



response. So, I started changing words so PA Vander Hey-Wright would answer, some of the questions pertained to this disease and was somewhat answered. And the answers fit my symptoms. So, there were no tests done to find out anything. So I come right out and asked PA Vander Hey-Wright if this is what it was. Her answer (and I have this on paper) was, "You don't have this disease, you where never suspected of having this disease, so don't ask me any questions about it." If i'm not mistaking and according to another med staff member she violated ethics. Which would remover her Immunity because she is a PHS worker. This shows deliberate indifference, because what she told me not to ask her about, turned out to be what it was. But I will get to that later. So after this happened, she would not see me anymore. She said it was beyond her experience, so I started seening Dr Alfonso Linley. For the most part nothing changed. I had x-rays and he tried to get a biopsy because this was the only way to find out for sure

The first time, I went out. The doctor didnt even give me a chance to talk before he said I did'nt need it. It wasn't what I thought (CMTD) when I got back to the prison PA Vander Hey-Wright said "See I told you so, no CMTD". Dr. Linley found another Doctor who actually listened to me and who actually done more tests to determine that it was needed. This was 2 and a half years after my arrival at FCI-Otisville. For two and a half years, I suffered with the pain of this disease. So finally in June of 2019, I had the nerve biopsy done. Dr. Linley got the results back in the begenning of July, when I asked for them. His first response was I have to wait to see the Nerologist so he can explain them, (which I'm still waiting for). The next response was, I will call you over at my convienence. Finally, I went over during the Noon pill line. I asked an EMT about it who then went and got Dr. Linley. He told me It was what I thought (CMT 2). When I informed him that

that I intended to pursue legal action, he kicked me out of medical and told me "I'm ungrateful for what medical did for me"

During the course of all this I sent requests to the Wardens + Asst Wardens named requesting a transfer to a Medical Facility which was denied everytime.

I also filed for Compassinate Release with the 8th Circuit. The probation department for Nebraska also looked at it and agreed its serious. Even though my request was denied for the time being. It was said after half my time is done they would look at it again.

As of today, I've recieved no treatment I was designated to a Care level 3, but I've been a MDC Brooklyn for 2 months.

The 8th Amendment Violations Continue.

Things that should have been done, never got done and things that need to be done are not.

I ask the courts for monatary

damage.

For punitive and compesstory damages and also for pain and suffering and mental anguish.

Punitive $200,000.00
Comp       500,000.00
Pain and Suffering 200,000.00
Mental Anguish 200,000.00

I also ask the courts to hold all accountable and do as the court sees fit.

Darrell W Jenkins
28151-047

Clerk - 2nd Circut                    11-10-19
Southern District of New York.

RE: Permission from the Courts to proceed Pro Se and In forma pauperi's.

   I come to the courts to ask to proceed Pro Se and In forma pauperis in the civil complaint I have provided along with this request.

I realize my complaint is primitive, and most likely not like it should be but I have been seperated from my legal work for 2 months due to being in transit waiting to get to my next prison. So I have limited access to the proper way to proceed. So I pray the court to bear with me.

               Thank You,

               Darrell W Jenkins
               #28151-047

If anything else is needed please inform me + send the paper work for me to fill out.

11-10-19

I would also like to let the court now that everything I have said I can show proof. I have documentation of all this, and of other things I have forgot. As I said I have not had access to these papers for 2 months

Thanks,

Darrell Jenkins
#28151-047



Darrell Jenkins #281151-047
MDC Brooklyn
PO Box 329002
Brooklyn NY 11232

Legal Mail
Special Mail

Southern District of New York
Clerk of the Courts
Charles L. Brieant Sr.
United States Courthouse
300 Quarropas Street
White Plains NY 10601-4150

Legal Mail

NOV 14 2019