UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DARRELL JENKINS, | |
|---|---|
| Plaintiff, | |
| -against- | 19-CV-10586 (CM) |
| UNITED STATES OF AMERICA, et al., | ORDER OF DISMISSAL |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

By order dated November 19, 2019, the Court directed Plaintiff to either pay the $400.00 in fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization within thirty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the filing fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 9, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge